B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Names & Addresses, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-2893254 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>195 N. Arlington Heights Road<br>Suite 125<br>Buffalo Grove, IL                    ZIP Code 60089 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Names & Addresses, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Names & Addresses, Inc.

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

X *Rebecca D. Rosenthal*
Signature of Attorney for Debtor(s)

Rebecca D. Rosenthal, Esq. ARDC #6296457
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050  Fax: 312-435-1059
Telephone Number

3/9/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Jerry Foote
Printed Name of Authorized Individual

President
Title of Authorized Individual

Date  3/9/2009

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Northern District of Illinois

In re    Names & Addresses, Inc.

                 Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:          183

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    3/9/2009

Jerry Foote/President
Signer/Title

A B Data Ltd
600 A B Data Drive
Milwaukee, WI 53217


Acme List Management
A Division of Catalog Corp
50 E Grand Avenue
Fox Lake, IL 60020


Active Network
Lockbox 9634
1200 W. 7th Street
Los Angeles, CA 90014


ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290-1006


Adrea Rubin Marketing
441 Lexington Avenue
9th Floor
New York, NY 10017


Aero Design and Mfg. Co. Inc.
8 S. 18th Av. West
Randy Brody
Duluth, MN 55806


Affinity Group Inc.
2575 Vista Del Mar
Denise Mirabella
Ventura, CA 93001


Affinity Group Inc.
6420 Sycamore Lane
Suite 100
Maple Grove, MN 55369


Air Age Publishing
20 Westport Road
Frank M. Lama
Wilton, CT 06897

Airventure Publishing LLC
536 W. Broadway
John T. Kounis
Glendale, CA 91204


Allen Schonwald
923 Illinois Avenue
Wilmette, IL 60091


Allmedia Inc.
Two Legacy Town Center
6900 Dallas Parkway Suite 750
Plano, TX 75024


ALM, Inc
P.O. Box 225
Shoreham, NY 11786


Ameri-Clean Commercial
1412 Lee Road
Ed Samson
Northbrook, IL 60062


American Express
Box 0001
Los Angeles, CA 90096-0001


American List Counsel
4300 US Highway 1
CN-5219
Princeton, NJ 08543


American Science & Surplus
7410 North Lehigh Avenue
Philip Cable
Niles, IL 60714


American Student List Company
330 Old Country Road
Mineola, NY 11501


AT&T Mobility
P.O. Box 6423
Carol Stream, IL 60197-6463

Audio Editions
131 East Placer Street
Frank Gianopulos
Auburn, CA 95603


August Home Publishing Compan
2200 Grand Avenue
Wayde Klingbeil
Des Moines, IA 50312


Automatic Data Processing
P.O. Box 78415
Phoenix, AZ 85062-8415


AutoTrader Classics
5775 Peachtree Dunwoody Road
Alan Keller
Atlanta, GA 30342


AW Direct, Inc.
83 White Oak Drive
Kathi Linares
Kensington, CT 06037


B & F Coffee Service
3535 Commercial Avenue
Northbrook, IL 60062


Baseball America
P.O. Box 12877
Lee Folger
Durham, NC 27709


BC/BS Healthcare Service Corp
P.O. Box 1186
Chicago, IL 60690-1186


Belardi/Ostroy ALC, LLC
16 W. 22nd St.
New York, NY 10010


Ben Jones
994 Antioch School Road
Ben Jones
Vandalia, OH 45377

Bowtie, Inc.
c/o MacFan Lists
P.O. Box 6040
Mission Viejo, CA 92690


Bronner's Christmas Wonderlan
25 Christmas Lane
P.O. Box 176
Linda McInerney
Frankenmuth, MI 48734


Bunk Beds, Inc.
11958 Quail Road
PO Box 2000
Marilou Sommers
Avon, MN 56310


C & H Distributors, LLC
770 S. 70th Street
P.O. BOX 14770
Mike Olson
Milwaukee, WI 53214


C.R.K Computer Services
16250 Northland Drive
Lower Level 12
Maureen Monte
Southfield, MI 48075


California Car Cover Co.
9525 Desoto Avenue
Sheryl Melendez
Chatsworth, CA 91311


Canon Business Solutions-Cntrl
15004 Collections Center Drive
Chicago, IL 60693


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693


Carnegie Marketing Associates
3878 Carson Street
Suite 220
Torrance, CA 90503

Carney Direct Marketing
15520B Rockfield Blvd.
Suite C
Irvine, CA 92618


CAS Marketing, Inc.
10303 Crown Point Avenue
Omaha, NE 68134


Catalyst Direct Marketing
109 Wanaque Avenue
Pompton Lakes, NJ 07442


CDS (Comm. Data Services)
P.O. Box 360
Rhonda Lassaux
Des Moines, IA 50302


Charm Factory
P.O. Box 91625
Angie Beauchamp
Albuquerque, NM 87199


Chilcutt Direct Marketing
P.O. Box 14890
9301 Cedar Lake Avenue
Oklahoma City, OK 73113


Chivalry Sports
4620 E. Speedway Blvd.
Gael Stirler
Tucson, AZ 85712


Citgo Petroleum Corp.
P.O. Box 2224
Birmingham, AL 35246-0017


Collectible America
18200 Minnetonka Blvd.
Carrie Nicklow
Deephaven, MN 55391


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668

Computech Direct
2155 Stonington Avenue
Suite 215
Glenn Gesell
Hoffman Estates, IL 60195


Converged Digital Networks
2047 Odgen Avenue
Paul Mallen
Downers Grove, IL 60515


Country Business
707 Kautz Road
Alyson Morris
St. Charles, IL 60174


Country Sampler Group
707 Kautz Road
Alyson Morris
St. Charles, IL 60174


Creative Publishing Int'l
5900 Green Oak Drive
Minnetonka, MN 55343


Direct Media, Inc.
200 Pemberwick Road
Greenwich, CT 06830


Dundee Data Direct, LLC
805 N 50th St.
Omaha, NE 68132


duPont Registry, The
3051 Tech Drive Street
Tony Alvis
St. Petersburg, FL 33716


e360Insight, LLC
C/O Life Phase Media
707 Skokie Blvd.
Dave Linhardt
Northbrook, IL 60062

Eckler's
5200 S. Washington Avenue
Charis Gaines
Titusville, FL 32780


Edith Roman & Holdings
One Blue Hill Plaza - 16th Floor
P.O. Box 1556
Pearl River, NY 10965


Envision Healthcare, Inc.
P.O. Box 5047
Hank Kruse
Oakbrook, IL 60522


Epsilon Data Management
2550 Crescent Drive
Lafayette, CO 80026


Equifax
1100 Abernathy Rd.
Suite 300
Atlanta, GA 30328


Estee Marketing Group, Inc
270 North Avenue-Suite 805
New Rochelle, NY 10801


Experian
955 American Lane
Schaumburg, IL 60173


ExxonMobil
Processing Center
Des Moines, IA 50361-0001


Family,Career & Community Ldrs of Americ
1910 Association Drive
Reston, VA 22091


Farm Progress Publications
255 38th Avenue
Suite P
Dawn Speckmann
St. Charles, IL 60174

Federal Express
Attn: Accounts Receivable
P.O. Box 94515
Palatine, IL 60094-4515


Florida Media, Inc
801 Douglas Avenue
Suite 100
Doug Cifers
Altamonte Springs, FL 32714


Fox Chapel Publishing
1970 Broad Street North
Alan Giagnocavo
East Petersburg, PA 17520


Gary R. Mann & Associates, Inc
2610 Lake Cook Road
Suite 220
Gary Mann
Riverwoods, IL 60015


Gempler's
1125 Deming Way
Matthew Hafermann
Madison, WI 53744


General Casualty Insurance Co.
P.O. Box 3109
Milwaukee, WI 53201-3109


Globalcom, Inc.
P.O. Box 71-5248
Columbus, OH 43271-5248


H T C Power Tool Accessories
6560 Bethuy Road
Mark Cross
Fair Haven, MI 48023


Harris Seed
355 Paul Road
Vicky Rupley
Rochester, NY 14624

Highland Woodworking
1045 N. Highland Avenue
Chris Bagby
Atlanta, GA 30306

HOSA
6021 Morriss Road
Suite 111
Flower Mound, TX 75028

HP-195 Arlington Heights Road
LP c/o Hamilton Partners

I-Behavior
2051 Dogwood Street
Louisville, CO 80027

ICOM
41 Metropolitan Road
Toronto, Ontario
CANADA M1R2T5

Industrial Towel And Uniform
P.O. Box 88479
Milwaukee, WI 53288-0479

Infocore Inc.
2375 Camino Video Roble
Suite A
Carlsbad, CA 92009

Infocus Lists
4245 Sigler Road
Warrenton, VA 20187

InfoUSA
Wholesale Division
P.O. Box 3603
Omaha, NE 68103

Institute Lists
1 Washington Park
Suite 1300
Newark, NJ 07102

International Media Associate
3491 Mission Oaks Blvd,
P.O. Box 3169
Camarillo, CA 93011

J & P Cycles
13225 Circle Drive
Rachel Shover
Anamosa, IA 52205

J.E. Miller Nurseries
5060 West Lake Rd.
Jean Norton
Canandaigua, NY 14424

Jones Publishing, Inc.
P.O. Box 5000
Bill Bright
Iola, WI 54945

Journal Sentinel, Inc.
4101 W. Burnham Street
Kelly Ivan
West Milwaukee, WI 53215

Key Marketing Advantage
24 Stony Hill Road
Bethel, CT 06801

KMC Marketing Inc.
P.O. Box 5
Kevin Casey
Brightwaters, NY 11718

KMK Industries, Inc.
4005 W. Green Tree Road
Stacey Balsley
Milwaukee, WI 53209

Knowledgebase Marketing Inc.
2050 N. Greenville Avenue
Richardson, TX 75082

Lake Group Media,Inc.
411 Theodore Fremd Avenue
Rye, NY 10580

Law Office Of Daniel Mathless
53 West Jackson Blvd.
Suite 1118
Daniel Mathless
Chicago, IL 60604-3565


Leon Henry, Inc.
200 North Central Avenue
Suite 220
Hartsdale, NY 10530


Lewis Direct
400 Andrew Way
Superior, CO 80027


Libertyville Saddle Shop
306 Peterson Road
P.O. Box M
Brian Martin
Libertyville, IL 60048


Lincoln National Life Ins.
P.O. Box 0821
Carol Stream, IL 60132-0821


Linden Publishing Company, In
2006 S. Mary
Richard Sorsky
Fresno, CA 93721


List Counsellors
3 South Main Street
P.O. Box 546
Allentown, NJ 08501


List Experts
3135 State Road 580
Safety Harbor, FL 34695


List Locators & Managers
P.O. Box 25467
Shawnee Mission, KS 66225

List Services Corporation
6 Trowbridge Drive
P.O. Box 516
Bethel, CT 06801


Macromark Inc.
185 Route 312
Suite 303
Brewster, NY 10509


Mail Marketing
408 Paulding Avenue
2nd Floor
Northvale, NJ 07647


Market Data Retrieval
6 Armstrong Rd.
Shelton, CT 06484


Mary Leonard
1163 Johnson Drive
Unit 2937
Buffalo Grove, IL 60089


McCarthy Media Group, Inc.
1500 West Main Street
Suite 31
Sun Prairie, WI 53590


Media Source Solutions
950 S Pine Island Road
Suite A150
Plantation, FL 33324


Mediacom LLC
Dept 0002
Palatine, IL 60055-0002


Melissa Marchetta
1530 E. Windmere Drive
Phoenix, AZ 85048


MeritDirect, LLC
333 Westchester Avenue
White Plains, NY 10604

Midwest Business Media LLC
1131 Mill Street
P.O. Box 317
Dan Newman
Black Earth, WI 53515


Midwest Direct Marketing
501 N. Webster
Spring Hill, KS 66083


Millard Group Inc.
10 Vose Farm Road
Peterborough, NH 03458


Millard Group Inc.
P.O. Box 3243
Omaha, NE 68103


Minnesota Business Magazine
5001 American Blvd. W
Bloomington, MN 55437


Missouri Life Magazine
515 E. Morgan
Danita Wood
Boonville, MO 65233


Monster/Fastweb
444 Michigan Avenue
Suite 3100
Chicago, IL 60611


Morash Associates
41 Pleasant Street
Russ Morash
Lexington, MA 02421


MSC Lists Inc.
450 Los Verdes Drive
Santa Barbara, CA 93111


Museum Masterworks, Inc.
8417 Glazebrook Avenue
J. Douglas Kline
Richmond, VA 23228

Names and Addresses, Inc.
195 N. Arlington Heights Rd.
Suite 125
Craig Hurmi/Serv. Bureau Dept
Buffalo Grove, IL 60089

Names and Addresses, Inc.
195 N. Arlington Heights Road
Suite 125
Mgmt Special Handling Chg.
Buffalo Grove, IL 60089

Names and Addresses, Inc.
195 N. Arlington Heights Road
Suite 125
Data Processing Dept.
Buffalo Grove, IL 60089

Nat'l Speed Sport News
6509 Hudspeth Road
P.O. Box 1210
Corinne Economaki
Harrisburg, NC 28075

Neal Nelson & Associates
222 North River Street
Neal Nelson
East Dundee, IL 60118

Neopost Leasing, Inc.
P.O. Box 45822
San Francisco, CA 94145-0822

North & South
31718 Old Ranch Park Lane
Keith Poulter
Auberry, CA 93602

North American Affinity Clubs
12301 Whitewater Dr.
Laura Burkeholder
Minnetonka, MN 55343

Northwest Regional Magazines
4969 Hwy 101
Suite 2
Rob Spooner
Florence, OR 97439


Packard Industries
128 Monroe Street
Dan Kanter
Boonton, NJ 07005


Paradysz Matera & Co.
5775 Wayzata Blvd.
Suite 605 Park Place West
Minneapolis, MN 55416


Publishers Development Corp.
12345 World Trade Drive
San Diego, CA 92128


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Referee Enterprises, Inc.
2017 Lathrop Avenue
Susan Sharpe
Racine, WI 53405


RMI Direct Marketing Inc.
42 Old Ridgebury Road
Danbury, CT 06810


Roadrunner Motorcycle
3601 Edgemont Court
Clemmons, NC 27012


S & W Publishing LLC
P.O. Box 408
Walter Andrzejewski
Belfast, ME 04915


Sanmar Associates
297-101 Kinderkamack Rd.
Oradel, NJ 07649

Select Publishing
6417 Normandy Lane
Chris Houden
Madison, WI 53719


Sherwood Creations,Inc.
16353 Sleepy Hollow
Fred Bender
Fenton, MI 48430


SmartTarget Marketing
6800 S.W. 40th Street
#304
Miami, FL 33155


Specialists Marketing Service
777 Terrace Avenue
4th Floor
Wasbrouck Heights, NJ 07604


Sporty's Catalogs
Clermont County Airport
David Cummings
Batavia, OH 45103


Standard Rate & Data Service
P.O. Box 88986
Chicago, IL 60695-1986


Stanton Direct Marketing
315 W. Water Street
Elmira, NY 14901


Statlistics, Inc.
69 Kenosia Avenue
Danbury, CT 06810


Student Marketing Group, Inc.
777 Sunrise Highway
3rd Floor
Lynbrook, NY 11563


Tam Communications
1010 Summer St.
Stamford, CT 06905

Team Mechanical, Inc.
P.O Box 807
Mt. Prospect, IL 60056-0807


Texas Gardener
10566 North River Crossing
Chris Corby
Waco, TX 76710


The Delta Factor
17 Rose Wood Court
Sara Bryan
Cary, IL 60013


The Information Refinery, Inc
200 Route 17
Suite 5
Mahwah, NJ 07430


The Japan Woodworker
1731 Clement Avenue
Fred Damsen
Alameda, CA 94501


The Noble Collection
113 Executive Drive
Suite 119
Akram Saigh
Dulles, VA 20166


The Other List Company, Inc.
P.O. Box 286
Matawan, NJ 07747


The Rich List Company
A Div Of Leslie Mandel Enterp
4 East 81st Street
New York, NY 10028


Three Willows Productions
P.O. Box 665
Judy Frank
New Hope, PA 18938

TMA List Brokerage & Mgt
12120 Sunset Hills Road
Suite 450
Reston, VA 20190

TMA List Management
12120 Sunset Hills Road
Suite 450
Reston, VA 20190

Tower Hobbies
P.O. Box 9078
Peggy Karl
Champaign, IL 61826

Traditional Woodworker
1122 Commerce Drive
Erik Edstrom
Richardson, TX 75081

Trinity Direct
10 Park Place
Butler, NJ 07405

True North List Marketing
755 Main Street
Bldg #2
Monroe, CT 06468

Unisource
7472 Collection Center Drive
Chicago, IL 60693

Vayan Marketing Group, LLC
7700 W. Camino Real
Suite 401
Boca Raton, FL 33433

Venture Direct Worldwide, Inc
708 3rd Avenue
12th Floor
New York, NY 10017

Verizon Wireless
P.O. Box 25506
Lehigh Valley, PA 18002-5506

Walter Karl
2 Blue Hill Plaza
Pearl River, NY 10965


Weiss & Company LLP
2700 Patriot Blvd
Suite 400
Mort Schur
Glenview, IL 60026


Wiland Direct
2950 Colorful Avenue
Suite 100
Longmont, CO 80504


William Neil Assoc.
One Cabela Drive
Suite 2114
Sidney, NE 69160


Williams Direct Inc
P.O. Box 205
Burlington, KS 66839


Wilson Marketing Group, Inc.
11924 W. Washington Blvd.
Los Angeles, CA 90066


Woodcraft Supply Corporation
1177 Rosemar Road
P.O. Box 1686
Parkersburg, WV 26102


Woodhaven
501 West First Ave.
Brad Witt
Durant, IA 52747


Woodworker's Supply, Inc.
5604 Alameda Place NE
Casey Richardson
Albuquerque, NM 87113

Woodworkers Hardware
5 Industrial Blvd.
Al Dehler
Sauk Rapids, MN 56379


Year One, Inc.
1001 Cherry Drive
Suite 1
Braselton, GA 30517