# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: NAMES & ADDRESSES, INC.  § Case No. 09-07799

§

§

Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOHN E. GIERUM                        , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee. If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm
on September 14, 2012 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  08/13/2012          By:  /s/JOHN E. GIERUM _____
                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

.

.

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: NAMES & ADDRESSES, INC.          §   Case No. 09-07799
                                        §
                                        §
                                        §
Debtor(s)                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $      2,051,495.92

*and approved disbursements of*             $      1,350,287.17

*leaving a balance on hand of* [1]          $       701,208.75

**Balance on hand:**                        $       701,208.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                        $     701,208.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - John E. Gierum | 44,160.37 | 0.00 | 44,160.37 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 5,071.00 | 0.00 | 5,071.00 |

Total to be paid for chapter 7 administration expenses:   $      49,231.37
Remaining balance:                                        $     651,977.38

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $    0.00

Remaining balance: $    651,977.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,721.69 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 74 | Illinois Department of Employment Security | 6,821.69 | 0.00 | 6,821.69 |

Total to be paid for priority claims: $    6,821.69

Remaining balance: $    645,155.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,581,138.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ComEd | 926.43 | 0.00 | 378.02 |
| 2 | Traditional Woodworker | 1,517.78 | 0.00 | 619.31 |
| 3 | Texas Gardener | 2,281.82 | 0.00 | 931.06 |
| 4 | Woodhaven | 824.93 | 0.00 | 336.60 |
| 5 | Year One, Inc. | 2,070.00 | 0.00 | 844.63 |
| 6 | Morash Associates | 3,962.31 | 0.00 | 1,616.75 |
| 7 | California Car Cover Co. | 2,613.84 | 0.00 | 1,066.53 |
| 8 | Carney Direct Marketing | 5,472.41 | 0.00 | 2,232.92 |
| 9 | InfoUSA | 2,454.44 | 0.00 | 1,001.49 |
| 10 | InfoUSA | 116,056.47 | 0.00 | 47,354.79 |
| 11 | InfoUSA | 103,144.47 | 0.00 | 42,086.28 |

**UST Form 101-7-NFR (10/1/2010)**

| 12 | InfoUSA | 1,065.54 | 0.00 | 434.77 |
|---|---|---|---|---|
| 13 | List Experts | 1,300.00 | 0.00 | 530.44 |
| 14 | Collectible America | 7,859.33 | 0.00 | 3,206.86 |
| 15 | Midwest Direct Marketing | 1,148.83 | 0.00 | 468.76 |
| 16 | Venture Direct Worldwide, Inc | 1,028.69 | 0.00 | 419.74 |
| 17 | American Student List Company | 2,536.60 | 0.00 | 1,035.01 |
| 18 | William Neil Assoc. | 3,966.42 | 0.00 | 1,618.43 |
| 19 | J & P Cycles | 49,682.08 | 0.00 | 20,271.90 |
| 20 | Sherwood Creations,Inc. | 1,542.50 | 0.00 | 629.39 |
| 21 | MeritDirect, LLC | 9,928.00 | 0.00 | 4,050.95 |
| 22 | Infocus Lists | 2,457.24 | 0.00 | 1,002.63 |
| 23 | Leon Henry, Inc. | 1,266.80 | 0.00 | 516.90 |
| 24 | TMA List Brokerage & Mgt | 11,301.89 | 0.00 | 4,611.54 |
| 25 | McCarthy Media Group, Inc. | 4,072.34 | 0.00 | 1,661.65 |
| 26 | SmartTarget Marketing | 680.00 | 0.00 | 277.46 |
| 27 | Industrial Towel And Uniform Inc | 470.43 | 0.00 | 191.95 |
| 28 | Air Age Publishing | 8,727.27 | 0.00 | 3,561.01 |
| 29 | American List Counsel | 102,868.68 | 0.00 | 41,973.75 |
| 30 | Estee Marketing Group, Inc | 1,239.57 | 0.00 | 505.78 |
| 31 | Student Marketing Group, Inc. | 18,896.17 | 0.00 | 7,710.25 |
| 32 | Better Woodworking Guide and Directory, | 1,300.12 | 0.00 | 530.49 |
| 33 | Missouri Life Magazine | 524.93 | 0.00 | 214.19 |
| 34 | Lewis Direct | 2,990.00 | 0.00 | 1,220.02 |
| 35 | Statlistics, Inc. | 15,009.15 | 0.00 | 6,124.22 |
| 36 | CDS (Comm. Data Services) | 17,139.33 | 0.00 | 6,993.40 |
| 37 | Mail Marketing | 1,438.50 | 0.00 | 586.95 |
| 38 | Sporty's Catalogs | 52,589.65 | 0.00 | 21,458.28 |
| 39 | I-Behavior | 9,432.03 | 0.00 | 3,848.57 |
| 40 | Linden Publishing Company, In | 3,980.75 | 0.00 | 1,624.27 |
| 41 | The Information Refinery, Inc | 614.15 | 0.00 | 250.59 |
| 42 | Florida Media, Inc | 4,104.22 | 0.00 | 1,674.65 |
| 43 | Audio Editions | 3,214.56 | 0.00 | 1,311.64 |
| 44 | Chilcutt Direct Marketing | 25,812.74 | 0.00 | 10,532.43 |
| 45 | The Rich List Company | 375.00 | 0.00 | 153.01 |

| 46 | Adrea Rubin Management Inc | 4,378.45 | 0.00 | 1,786.55 |
|---|---|---|---|---|
| 47 | RMI Direct Marketing Inc. | 21,998.76 | 0.00 | 8,976.21 |
| 49 | Country Business | 18,718.26 | 0.00 | 7,637.66 |
| 50 | Country Sampler Group | 56,894.85 | 0.00 | 23,214.94 |
| 51 | Nat'l Speed Sport News | 4,281.41 | 0.00 | 1,746.95 |
| 52 -2 | Specialists Marketing Service | 56,556.12 | 0.00 | 23,076.73 |
| 53 | The Noble Collection | 4,418.38 | 0.00 | 1,802.84 |
| 54 | KMK Industries, Inc. | 116.82 | 0.00 | 47.67 |
| 55U | Mary Leonard | 7,364.27 | 0.00 | 3,004.86 |
| 56 | MSC Lists Inc. | 12,330.96 | 0.00 | 5,031.43 |
| 57 | Vayan Marketing Group, LLC | 617.00 | 0.00 | 251.76 |
| 58 | C.R.K Computer Services | 47,963.40 | 0.00 | 19,570.62 |
| 59 | A B Data Ltd | 556.19 | 0.00 | 226.94 |
| 60 | Gempler's | 25,403.53 | 0.00 | 10,365.46 |
| 62 | Three Willows Productions | 492.81 | 0.00 | 201.08 |
| 63 | North American Affinity Clubs (2) | 141,147.14 | 0.00 | 57,592.60 |
| 64 | A B Data Ltd | 556.19 | 0.00 | 226.94 |
| 65U | Cannon Financial Services, Inc | 13,831.32 | 0.00 | 5,643.63 |
| 66 | The Delta Factor | 16,771.81 | 0.00 | 6,843.44 |
| 67 | August home Publishing Co. | 308,415.17 | 0.00 | 125,843.37 |
| 68 | Wiland Direct | 8,489.87 | 0.00 | 3,464.14 |
| 69U | Allen Schonwald | 15,808.00 | 0.00 | 6,450.18 |
| 70 | Aero Design and Mfg Co Inc | 4,114.26 | 0.00 | 1,678.75 |
| 71 | Epsilon Data Management, LLC | 182,967.45 | 0.00 | 74,656.64 |
| 72 | Hamilton Partners | 1,251.98 | 0.00 | 510.85 |
| 73 | American Express Bank FSB | 767.02 | 0.00 | 312.97 |
| 75 | Lake Group Media,Inc. | 13,038.72 | 0.00 | 5,320.22 |

Total to be paid for timely general unsecured claims: $    645,155.69

Remaining balance: $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/JOHN E. GIERUM

Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-07799-ABG
Names & Addresses, Inc.                                                   Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox            Page 1 of 5          Date Rcvd: Aug 14, 2012
                              Form ID: pdf006       Total Noticed: 186

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2012.
```
db         #+Names & Addresses, Inc.,   195 N. Arlington Heights Road,   Suite 125,
             Buffalo Grove, IL 60089-8212
aty         +William J Mantas,   Gierum & Mantas,   1030 W Higgins Rd #220,   Park Ridge, IL 60068-5761
13619038    +A B Data Ltd,   600 A B Data Drive,   Milwaukee, WI 53217-4931
13700888    +ADP,   P O Box 78415,   Phoenix, AZ 85062-8415
13619041     ADP, Inc.,   P.O. Box 9001006,   Louisville, KY 40290-1006
13619050    +ALM, Inc,   P.O. Box 225,   Shoreham, NY 11786-0225
13619056    +AT&T Mobility,   P.O. Box 6423,   Carol Stream, IL 60197-6423
13619039    +Acme List Management,   A Division of Catalog Corp,   50 E Grand Avenue,
             Fox Lake, IL 60020-1430
13619040    +Active Network,   Lockbox 9634,   1200 W. 7th Street,   Los Angeles, CA 90017-2349
13619042    +Adrea Rubin Management Inc,   441 Lexington Avenue,   9th Floor,   New York, NY 10017-3934
13619043    +Aero Design and Mfg Co Inc,   Attn Randy Brody,   8 S 18th Av. West,   Duluth, MN 55806-2148
13619045    #+Affinity Group Inc.,   6420 Sycamore Lane,   Suite 100,   Maple Grove, MN 55369-6014
13619044    +Affinity Group Inc.,   2575 Vista Del Mar,   Ventura, CA 93001-3920
13619046    +Air Age Publishing,   20 Westport Road,   Wilton, CT 06897-4549
13619047    +Airventure Publishing LLC,   536 W. Broadway,   Glendale, CA 91204-1120
13619048    +Allen Schonwald,   923 Illinois Avenue,   Wilmette, IL 60091-1305
13619051    +Ameri-Clean Commercial,   1412 Lee Road,   Northbrook, IL 60062-3811
13619052     American Express,   Box 0001,   Los Angeles, CA 90096-0001
14215474     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
13619053    +American List Counsel,   4300 US Highway 1,   CN-5219,   Princeton, NJ 08540-5706
13619054    +American Science & Surplus,   7410 North Lehigh Avenue,   Niles, IL 60714-4024
13619055    #+American Student List Company,   330 Old Country Road,   Mineola, NY 11501-4143
13619057    +Audio Editions,   131 East Placer Street,   Kathleen Wells,   Auburn, CA 95603-5241
13619058    +August Home Publishing Compan,   2200 Grand Avenue,   Des Moines, IA 50312-5306
14182769    +August home Publishing Co.,   Eugene Crane, Esq.,   Crane, Heyman, Simon Welch & Clar,
             135 S. LaSalle St, Ste 3705,   Chicago, IL 60603-4101
13619060    +AutoTrader Classics,   5775 Peachtree Dunwoody Road,   Alan Keller,   Atlanta, GA 30342-1556
13619059     Automatic Data Processing,   P.O. Box 78415,   Phoenix, AZ 85062-8415
13619062    +B & F Coffee Service,   3535 Commercial Avenue,   Northbrook, IL 60062-1847
13619064     BC/BS Healthcare Service Corp,   P.O. Box 1186,   Chicago, IL 60690-1186
13619063    +Baseball America,   P.O. Box 12877,   Lee Folger,   Durham, NC 27709-2877
13619065    +Belardi/Ostroy ALC, LLC,   16 W. 22nd St.,   New York, NY 10010-5826
13619066     Better Woodworking Guide and Directory,   994 Antioch School Road,   Ben Jones,
             Vandalia, OH 45377
13619067    +Bowtie, Inc.,   c/o MacFan Lists,   P.O. Box 6040,   Mission Viejo, CA 92690-6040
13619068    +Bronner's Christmas Wonderlan,   25 Christmas Lane,   P.O. Box 176,   Frankenmuth, MI 48734-0176
13619069    +Bunk Beds, Inc.,   11958 Quail Road,   PO Box 2000,   Avon, MN 56310-9758
13619070    +C & H Distributors, LLC,   770 S. 70th Street,   P.O. BOX 14770,   Milwaukee, WI 53214-0770
13619071    +C.R.K Computer Services,   16250 Northland Drive,   Lower Level 12,   Southfield, MI 48075-5205
13619077    +CAS Marketing, Inc.,   10303 Crown Point Avenue,   Omaha, NE 68134-1061
13619079    +CDS (Comm. Data Services),   P.O. Box 360,   Des Moines, IA 50302-0360
13619087  ++++CONVERGED DIGITAL NETWORKS,   2055 OGDEN AVE,   DOWNERS GROVE IL  60515-2601
             (address filed with court:  Converged Digital Networks,   2047 Odgen Avenue,
             Downers Grove, IL 60515)
13619072    +California Car Cover Co.,   9525 Desoto Avenue,   Chatsworth, CA 91311-5011
13700894    +Cannon Financial Services, Inc,   Howard N. Sobel, PA,   507 Kresson Road,   P O Box 1525,
             Voorhees, NJ 08043-7525
13619073    +Canon Business Solutions-Cntrl,   15004 Collections Center Drive,   Chicago, IL 60693-0150
13700893    +Canon Corporation,   15004 Collections Drive,   Chicago, IL 60693-0001
13619074    +Canon Financial Services,   14904 Collections Center Drive,   Chicago, IL 60693-0149
13619075    +Carnegie Marketing Associates,   3878 Carson Street,   Suite 220,   Torrance, CA 90503-6707
13619076    +Carney Direct Marketing,   15520B Rockfield Blvd.,   Suite C,   Irvine, CA 92618-2712
13619078    +Catalyst Direct Marketing,   109 Wanaque Avenue,   Pompton Lakes, NJ 07442-2101
13619080    +Charm Factory,   P.O. Box 91625,   Albuquerque, NM 87199-1625
13619081    #+Chilcutt Direct Marketing,   P.O. Box 14890,   9301 Cedar Lake Avenue,
             Oklahoma City, OK 73114-7899
13619083     Citgo Petroleum Corp.,   P.O. Box 2224,   Birmingham, AL 35246-0017
13619084    +Collectible America,   18200 Minnetonka Blvd.,   Deephaven, MN 55391-3329
13619086    +Computech Direct,   2155 Stonington Avenue,   Suite 215,   Hoffman Estates, IL 60169-2058
13619088    +Country Business,   707 Kautz Road,   St. Charles, IL 60174-5302
13619090    +Creative Publishing Int'l,   5900 Green Oak Drive,   Minnetonka, MN 55343-4708
13700889    +Daniel Mathless, Law Office of,   53 West Jackson Blvd,   Suite 1118,   Chicago, IL 60604-3565
13619095    +Eckler's,   5200 S. Washington Avenue,   Titusville, FL 32780-7316
13619096    +Edith Roman & Holdings,   One Blue Hill Plaza - 16th Floor,   P.O. Box 1556,
             Pearl River, NY 10965-3100
13619097    +Envision Healthcare, Inc.,   P.O. Box 5047,   Oakbrook, IL 60522-5047
13619098    +Epsilon Data Management, LLC,   Attn: Molly Suttles,   4301 Regent Blvd.,
             Irving, TX 75063-2253
13619099    +Equifax,   1100 Abernathy Rd.,   Suite 300,   Atlanta, GA 30328-5622
13619100    +Estee Marketing Group, Inc,   270 North Avenue-Suite 805,   New Rochelle, NY 10801-5105
13619101    +Experian,   955 American Lane,   Schaumburg, IL 60173-4998
13619102     ExxonMobil,   Processing Center,   Des Moines, IA 50361-0001
```

District/off: 0752-1          User: acox          Page 2 of 5          Date Rcvd: Aug 14, 2012
                             Form ID: pdf006       Total Noticed: 186

```
13619103     +Family,Career & Community Ldrs of Americ,   1910 Association Drive,   Reston, VA 20191-1568
13619104     +Farm Progress Publications,   255 38th Avenue,   Suite P,   St. Charles, IL 60174-5410
13619105      Federal Express,   Attn: Accounts Receivable,   P.O. Box 94515,   Palatine, IL 60094-4515
13619106     +Florida Media, Inc,   801 Douglas Avenue,   Suite 100,   Altamonte Springs, FL 32714-5206
13619107     +Fox Chapel Publishing,   1970 Broad Street North,   East Petersburg, PA 17520-1102
13619108     +Gary R. Mann & Associates, Inc,   2610 Lake Cook Road,   Suite 220,   Riverwoods, IL 60015-5714
13619109     +Gempler's,   Lab Safety Supply,   DBA-AW Direct & Gempler's,   401 S. Wright Rd,
               Janesville, WI 53546-8729
13619110      General Casualty Insurance Co.,   P.O. Box 3109,   Milwaukee, WI 53201-3109
13619111      Globalcom, Inc.,   P.O. Box 71-5248,   Columbus, OH 43271-5248
13700890     +Guardian,   P O Box 95101,   Chicago, IL 60694-5101
13619112     +H T C Power Tool Accessories,   6560 Bethuy Road,   Fair Haven, MI 48023-1810
13619115     +HOSA,   6021 Morriss Road,   Suite 111,   Flower Mound, TX 75028-3764
13651194      Hamilton Partners,   1130 W. Lake Cook County Road,   Buffalo Grove, IL 60089
13700891      Hamilton Partners,   HP-195 Arlington Heights Road,   Buffalo Grove, IL  60089
13619113     +Harris Seed,   355 Paul Road,   Rochester, NY 14624-4925
13619114     +Highland Woodworking,   1045 N. Highland Avenue,   Atlanta, GA 30306-3550
13619117     +I-Behavior,   2051 Dogwood Street,   Louisville, CO 80027-3130
13619118      ICOM,   41 Metropolitan Road,   Toronto, Ontario,   CANADA M1R2T5
14061507     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808
14338773     +Illinois Department of Employment Security,   33 South State Street,
               Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
13619119     +Industrial Towel And Uniform Inc,   DBA ITU, Inc,   2700 S. 160th St,   New Berlin, WI 53151-3602
13619122     +InfoUSA,   Walter Karl, Inc,   2 Blue Hill Plaza,   Pearl River, NY 10965-3115
13619155     +InfoUSA,   Millard Group Inc.,   10 Vose Farm Road,   Peterborough, NH 03458-2129
13619091     +InfoUSA,   Direct Media, Inc.,   200 Pemberwick Road,   Greenwich, CT 06831-4273
13903438     +InfoUSA,   Wholesale Division,   P O Box 3603,   Omaha, NE 68103-0603
13619120     +Infocore Inc.,   2375 Camino Video Roble,   Suite A,   Carlsbad, CA 92011-1556
13619121     +Infocus Lists,   4245 Sigler Road,   Warrenton, VA 20187-3940
13619124     +International Media Associate,   3491 Mission Oaks Blvd,,   P.O. Box 3169,
               Camarillo, CA 93012-5034
13619125     +J & P Cycles,   13225 Circle Drive,   Anamosa, IA 52205-7321
13619126     +J.E. Miller Nurseries,   5060 West Lake Rd.,   Canandaigua, NY 14424-8904
13619127     +Jones Publishing, Inc.,   P.O. Box 5000,   Iola, WI 54945-5000
13619128     +Journal Sentinel, Inc.,   4101 W. Burnham Street,   West Milwaukee, WI 53215-2055
13619130     +KMC Marketing Inc.,   P.O. Box 5,   Brightwaters, NY 11718-0005
13619131     +KMK Industries, Inc.,   4005 W. Green Tree Road,   Milwaukee, WI 53209-3087
13619129     +Key Marketing Advantage,   24 Stony Hill Road,   Bethel, CT 06801-1166
13619132     +Knowledgebase Marketing Inc.,   2050 N. Greenville Avenue,   Richardson, TX 75082-4322
13619133     +Lake Group Media,Inc.,   411 Theodore Fremd Avenue,   Rye, NY 10580-1410
13619134      Law Office Of Daniel Mathless,   53 West Jackson Blvd.,   Suite 1118,   Daniel Mathless,
               Chicago, IL 60604-3565
13619135     +Leon Henry, Inc.,   200 North Central Avenue,   Suite 220,   Hartsdale, NY 10530-9915
13619136     +Lewis Direct,   400 Andrew Way,   Superior, CO 80027-8300
13619137     +Libertyville Saddle Shop,   306 Peterson Road,   P.O. Box M,   Libertyville, IL 60048-4913
13619138      Lincoln National Life Ins.,   P.O. Box 0821,   Carol Stream, IL 60132-0821
13619139     +Linden Publishing Company, In,   2006 S. Mary,   Fresno, CA 93721-3311
13619140     +List Counsellors,   3 South Main Street,   P.O. Box 546,   Allentown, NJ 08501-0546
13619143     +List Services Corporation,   6 Trowbridge Drive,   P.O. Box 516,   Bethel, CT 06801-0516
13619161     +MSC Lists Inc.,   450 Los Verdes Drive,   Santa Barbara, CA 93111-1506
13619144     +Macromark Inc.,   185 Route 312,   Suite 303,   Brewster, NY 10509-2338
13619145     +Mail Marketing,   408 Paulding Avenue,   2nd Floor,   Northvale, NJ 07647-1428
13619146     +Market Data Retrieval,   6 Armstrong Rd.,   Shelton, CT 06484-4722
13619148     #+McCarthy Media Group, Inc.,   1500 West Main Street,   Suite 310,   Sun Prairie, WI 53590-1860
13619149     +Media Source Solutions,   950 S Pine Island Road,   Suite A150,   Plantation, FL 33324-3918
13619150      Mediacom LLC,   Dept 0002,   Palatine, IL 60055-0002
13619151     +Melissa Marchetta,   1530 E. Windmere Drive,   Phoenix, AZ 85048-8601
13619152     +MeritDirect, LLC,   333 Westchester Avenue,   White Plains, NY 10604-2945
13619154     +Midwest Direct Marketing,   501 N. Webster,   Spring Hill, KS 66083-9169
13619156     +Millard Group Inc.,   P.O. Box 3243,   Omaha, NE 68103-0243
13619159     +Monster/Fastweb,   444 Michigan Avenue,   Suite 3100,   Chicago, IL 60611-3906
13619160     +Morash Associates,   41 Pleasant Street,   Lexington, MA 02421-6043
13619162     +Museum Masterworks, Inc.,   8417 Glazebrook Avenue,   Richmond, VA 23228-2804
14080076     +Names and Addresses, Inc,   Specialists Marketing Services Inc.,   777 Terrance Ave, Ste 401,
               Hasbrouck Heights, NJ 07604-3113
13619166     +Nat'l Speed Sport News,   6509 Hudspeth Road,   P.O. Box 1210,   Harrisburg, NC 28075-1210
13619167     +Neal Nelson & Associates,   222 North River Street,   Neal Nelson,   East Dundee, IL 60118-1332
13619168      Neopost Leasing, Inc.,   P.O. Box 45822,   San Francisco, CA 94145-0822
13654082     +New Tower Trust Company,   Attn: President or Patrick O. Mayberry,
               Three Bethesda Metro Center, Suite 1600,   Bethesda, MD 20814-6322
13654081     +New Tower Trust Company Multi-Employer Property Tr,   7315 Wisconsin Avenue, Suite 350 West,
               Bethesda, MD 20814-3202
13654080      New Tower Trust Company Multi-Employer Property Tr,   c/o Kennedy Assoc. RE Counsel, LP,
               Attn:  Executive VP - Asset Management,   1215 Fourth Avenue, Suite 2400,
               Seattle, WA 98161-1085
13619170     +North American Affinity Clubs (2),   Wildman Harrold Allen & Dixon, LLP,
               c/o Jonathan W. Young, Jeffrey Chang,   225 West Wacker Drive,   Chicago, IL 60606-1349
13619171     +Northwest Regional Magazines,   4969 Hwy 101,   Suite 2,   Florence, OR 97439-7803
13619172     +Packard Industries,   128 Monroe Street,   Boonton, NJ 07005-2162
```

```
District/off: 0752-1          User: acox              Page 3 of 5          Date Rcvd: Aug 14, 2012
                             Form ID: pdf006          Total Noticed: 186


13619173     +Paradysz Matera & Co.,   5775 Wayzata Blvd.,   Suite 605 Park Place West,
              Minneapolis, MN 55416-1222
13619174     +Publishers Development Corp.,   12345 World Trade Drive,   San Diego, CA 92128-3743
13619175      Quill Corporation,   P.O. Box 37600,   Philadelphia, PA 19101-0600
13619177     #+RMI Direct Marketing Inc.,   42 Old Ridgebury Road,   Danbury, CT 06810-5129
13619176     +Referee Enterprises, Inc.,   2017 Lathrop Avenue,   Racine, WI 53405-3758
13619178     +Roadrunner Motorcycle,   3601 Edgemont Court,   Clemmons, NC 27012-8921
13619179     +S & W Publishing LLC,   P.O. Box 408,   Belfast, ME 04915-0408
13619180     +Sanmar Associates,   297-101 Kinderkamack Rd.,   Oradel, NJ 07649-1535
13619181     +Select Publishing,   6417 Normandy Lane,   Madison, WI 53719-1142
13619182     +Sherwood Creations,Inc.,   16353 Sleepy Hollow,   Fenton, MI 48430-9164
13619183     +SmartTarget Marketing,   6800 S.W. 40th Street,   #304,   Miami, FL 33155-3708
13619184     +Specialists Marketing Service,   777 Terrace Avenue,   Suite 401,
              Hasbrouck Heights, NJ 07604-3113
13619185      Sporty's Catalogs,   Clermont County Airport,   Batavia, OH 45103
13619186      Standard Rate & Data Service,   P.O. Box 88986,   Chicago, IL 60695-1986
13619187     +Stanton Direct Marketing,   315 W. Water Street,   Elmira, NY 14901-2914
13619188     +Statlistics, Inc.,   69 Kenosia Avenue,   Danbury, CT 06810-7303
13619189     +Student Marketing Group, Inc.,   777 Sunrise Highway,   3rd Floor,   Lynbrook, NY 11563-2950
13619200     +TMA List Brokerage & Mgt,   12120 Sunset Hills Road,   Suite 450,   Reston, VA 20190-5858
13619201     +TMA List Management,   12120 Sunset Hills Road,   Suite 450,   Reston, VA 20190-5858
13619190     +Tam Communications,   1010 Summer St.,   Stamford, CT 06905-5540
13700895     +Team Mechanical,   P O Box 88479,   Milwaukee, WI 53288-0001
13619191      Team Mechanical, Inc.,   P.O Box 807,   Mt. Prospect, IL 60056-0807
13619192     +Texas Gardener,   10566 North River Crossing,   Waco, TX 76712-2523
13619193     +The Delta Factor,   17 Rose Wood Court,   Cary, IL 60013-2484
13619194     +The Information Refinery, Inc,   200 Route 17,   Suite 5,   Mahwah, NJ 07430-1267
13619195     +The Japan Woodworker,   1731 Clement Avenue,   Alameda, CA 94501-6820
13619196     +The Noble Collection,   113 Executive Drive,   Suite 119,   Dulles, VA 20166-9559
13619197     +The Other List Company, Inc.,   P.O. Box 286,   Matawan, NJ 07747-0286
13619198     +The Rich List Company,   A Div Of Leslie Mandel Enterp,   4 East 81st Street,
              New York, NY 10028-0235
13619199     +Three Willows Productions,   P.O. Box 665,   New Hope, PA 18938-0665
13619202     +Tower Hobbies,   P.O. Box 9078,   Champaign, IL 61826-9078
13619204     +Trinity Direct,   10 Park Place,   Butler, NJ 07405-1370
13619205     +True North List Marketing,   755 Main Street,   Bldg #2,   Monroe, CT 06468-2843
13619206     +Unisource,   7472 Collection Center Drive,   Chicago, IL 60693-0074
13619207     #+Vayan Marketing Group, LLC,   7700 W. Camino Real,   Suite 401,   Boca Raton, FL 33433-5543
13619208     +Venture Direct Worldwide, Inc,   708 3rd Avenue,   12th Floor,   New York, NY 10017-4129
13619210     +Walter Karl,   2 Blue Hill Plaza,   Pearl River, NY 10965-3115
13619211     +Weiss & Company LLP,   2700 Patriot Blvd,   Suite 400,   Glenview, IL 60026-8067
13619212     #+Wiland Direct,   2950 Colorful Avenue,   Suite 100,   Longmont, CO 80504-5248
13619213     +William Neil Assoc.,   One Cabela Drive,   Suite 2114,   Sidney, NE 69160-1001
13619214     #+Williams Direct Inc,   P.O. Box 205,   Burlington, KS 66839-0205
13619215     +Wilson Marketing Group, Inc.,   11924 W. Washington Blvd.,   Los Angeles, CA 90066-5880
13619216     +Woodcraft Supply Corporation,   1177 Rosemar Road,   P.O. Box 1686,   Parkersburg, WV 26102-1686
13619217     +Woodhaven,   501 West First Ave.,   Durant, IA 52747-9729
13619218     +Woodworker's Supply, Inc.,   5604 Alameda Place NE,   Albuquerque, NM 87113-2100
13619219     +Woodworkers Hardware,   5 Industrial Blvd.,   Sauk Rapids, MN 56379-1229
13619220     +Year One, Inc.,   1001 Cherry Drive,   Suite 1,   Braselton, GA 30517-3011
13619093     +duPont Registry, The,   3051 Tech Drive Street,   St. Petersburg, FL 33716-1001
13619094     +e360Insight, LLC,   C/O Life Phase Media,   707 Skokie Blvd.,   Northbrook, IL 60062-2857

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13695776     +E-mail/Text: legalcollections@comed.com Aug 15 2012 01:58:52     ComEd,   ComEd Co.,
              2100 Swift Drive,   Attn.: Bankruptcy Section/Revenue Mgmt.,   OakBrook, IL 60523-1559
13619085     +E-mail/Text: legalcollections@comed.com Aug 15 2012 01:58:52     Commonwealth Edison,
              Bill Payment Center,   Chicago, IL 60668-0001
13619089     +E-mail/Text: lbuchanan@sampler.emmis.com Aug 15 2012 02:50:14     Country Sampler Group,
              707 Kautz Road,   St. Charles, IL 60174-5300
13619209      E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 15 2012 02:48:38     Verizon Wireless,
              P.O. Box 25506,   Lehigh Valley, PA 18002-5506
                                                                               TOTAL: 4


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Gierum & Mantas
13619116      HP-195 Arlington Heights Road,   LP c/o Hamilton Partners
14105949*    +C.R.K. Computer Services,   16250 Northland Drive,   Lower Level 12,   Southfield, MI 48075-5205
13700892*    +Names and Addresses, Inc,   195 N. Arlington heights Rd,,   Suite 125,
              Buffalo Grove, IL 60089-8212
13619061     ##+AW Direct, Inc.,   83 White Oak Drive,   Kathi Linares,   Kensington, CT 06037-1638
13619049     ##+Allmedia Inc.,   Two Legacy Town Center,   6900 Dallas Parkway Suite 750,   Plano, TX 75024-7128
13619082     ##+Chivalry Sports,   4620 E. Speedway Blvd.,   Tucson, AZ 85712-4634
13619092     ##+Dundee Data Direct, LLC,   805 N 50th St.,   Omaha, NE 68152-2205
13619123     ##+Institute Lists,   1 Washington Park,   Suite 1300,   Newark, NJ 07102-3130
13619141     ##+List Experts,   3135 State Road 580,   Safety Harbor, FL 34695-4917
13619142     ##+List Locators & Managers,   P.O. Box 25467,   Shawnee Mission, KS 66225-5467
13619147     ##+Mary Leonard,   1163 Johnson Drive,   Unit 2937,   Buffalo Grove, IL 60089-6504
13619153     ##+Midwest Business Media LLC,   1131 Mill Street,   P.O. Box 317,   Black Earth, WI 53515-0317
13619157     ##+Minnesota Business Magazine,   5001 American Blvd. W,   Bloomington, MN 55437-1115
```

```
District/off: 0752-1          User: acox              Page 4 of 5            Date Rcvd: Aug 14, 2012
                             Form ID: pdf006          Total Noticed: 186


           ***** BYPASSED RECIPIENTS (continued) *****
13619158   ##+Missouri Life Magazine,   515 E. Morgan,   Boonville, MO 65233-1252
13619164   ##+Names and Addresses, Inc.,   195 N. Arlington Heights Road,   Suite 125,
             Mgmt Special Handling Chg.,   Buffalo Grove, IL 60089-8212
13619165   ##+Names and Addresses, Inc.,   195 N. Arlington Heights Road,   Suite 125,   Data Processing Dept.,
             Buffalo Grove, IL 60089-8212
13619163   ##+Names and Addresses, Inc.,   195 N. Arlington Heights Rd.,   Suite 125,
             Craig Hurmi/Serv. Bureau Dept,   Buffalo Grove, IL 60089-8212
13619169   ##+North & South,   31718 Old Ranch Park Lane,   Auberry, CA 93602-9526
13619203   ##+Traditional Woodworker,   1122 Commerce Drive,   Richardson, TX 75081-2307
                                                                          TOTALS: 2, * 2, ## 16

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2012**                    **Signature:**    _Joseph Speetjens_

District/off: 0752-1          User: acox              Page 5 of 5              Date Rcvd: Aug 14, 2012
                             Form ID: pdf006          Total Noticed: 186


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2012 at the address(es) listed below:
          David A. Newby   on behalf of Creditor  Hamilton Partners dnewby@comananderson.com,
           kdavis@comananderson.com
          Howard L. Adelman   on behalf of Debtor  Names & Addresses, Inc. hla@ag-ltd.com
          Jeffrey  Chang   on behalf of Creditor  North American Affinity Clubs, Inc.
           jchang@changlawpllc.com
          Joanne H Yi   on behalf of Trustee John Gierum joanne@gierummantas.com
          John E Gierum   on behalf of Trustee John Gierum jgierum@7trustee.net,
           joanne@gierummantas.com;karen@gierummantas.com
          John E Gierum   jgierum@7trustee.net,  IL25@ecfcbis.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Rebecca D. Rosenthal   on behalf of Debtor  Names & Addresses, Inc. rdr@ag-ltd.com
                                                                              TOTAL: 8